**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PNC BANK, N.A., as successor by merger to RBC BANK (USA) as successor in interest to FLORIDA CHOICE BANK**

    Plaintiff,

v.                                                                        Case No: 5:13-cv-105-Oc-10PRL

**COMMERCIAL STRUCTURES, INC., SANDRA L. REGISTER and DAVID L. REGISTER**

    Defendants.

## ORDER

This matter is before the Court on the Plaintiff's motion to compel production of documents to aid in its efforts to collect on the judgment previously entered against the defendants – Commercial Structures, Inc., and Sandra and David Register. (Doc. 34). On May 19, 2016, however, Sandra L. Register and David L. Register filed a Suggestion of Bankruptcy advising the Court that they have filed a petition for relief under the United States Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, as Case No. 16-01879. (Doc. 35). Accordingly, these proceedings have been automatically stayed as to the Registers pursuant to 11 U.S.C. §362(a) of the Bankruptcy Code.

Generally, the protections of the automatic stay do not apply to a codefendant not in bankruptcy. *A.H. Robins Co., Inc. v. Piccinin*, 788 F.2d 994 (4th Cir. 1986). Courts, however, have extended the automatic stay to non-bankrupt co-defendants in "unusual circumstances" such as "when there is such identity between the debtor and the third-party defendant that the debtor

may be said to be the real party defendant and that a judgment against the third-party defendant will in effect be a judgment or finding against the debtor." *Id.* at 999. On or before **June 15, 2016**, PNC Bank, N.A. and the Judgment Debtors shall file a memorandum, limited to 7 pages with citation to legal authority, addressing whether the stay should apply to Commercial Structures, Inc.

**DONE** and **ORDERED** in Ocala, Florida on June 1, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties