UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PNC BANK, N.A., as successor by merger
to RBC BANK (USA) as successor in
interest to FLORIDA CHOICE BANK

    Plaintiff,

v.                                                    Case No: 5:13-cv-105-Oc-10PRL

COMMERCIAL STRUCTURES, INC.,
SANDRA L. REGISTER and DAVID L.
REGISTER

    Defendants.

## ORDER

This matter is before the Court on PNC Bank's motion to compel production of documents to aid in its efforts to collect on the judgment previously entered against the defendants – Commercial Structures, Inc., and Sandra and David Register. (Doc. 34). As previously noted, the motion to compel is **DENIED** as moot as to the Registers because these proceedings have been automatically stayed as to the Registers pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code (Doc. 36).

Although the motion to compel is still pending as to Commercial Structures, Inc., it is due to be **DENIED** without prejudice for failure to comply with Local Rule 3.04(a) (requiring a motion to compel to include quotation in full of the disputed discovery). Despite being given an opportunity to file a copy of the discovery at issue (*see* Doc. 40), PNC Bank failed to do so.

**DONE** and **ORDERED** in Ocala, Florida on July 6, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties